UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
FEB 1 6 2012
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Donnie Wayne Sheffield, )
)
    Plaintiff, )
)
v. )   Civil Action No. **12 0265**
)
John G. Roberts, Jr., *et al.*, )
)
    Defendants. )

## MEMORANDUM OPINION

This matter is before the Court on plaintiff's *pro se* complaint and application to proceed *in forma pauperis*. The Court will grant the application and dismiss the complaint for lack of subject matter jurisdiction.

Plaintiff is a prisoner at the Federal Correctional Institution in Salters, South Carolina, suing the Chief Justice of the United States Supreme Court, "at least four unknown Supreme Court Associate Justices," and a Supreme Court employee. Compl. Caption. The complaint arises from the denial of plaintiff's petition for a writ of certiorari. Compl. ¶ 4.

This Court lacks subject matter jurisdiction over the decisions of the Supreme Court. *In re Marin*, 956 F.2d 339 (D.C. Cir. 1992); *see Panko v. Rodak*, 606 F.2d 168, 171 n.6 (7th Cir. 1979), *cert. denied*, 444 U.S. 1081 (1980) ("It seems axiomatic that a lower court may not order the judges or officers of a higher court to take an action."). A separate Order of dismissal accompanies this Memorandum Opinion.

/s/ _____
United States District Judge

Date: February 14, 2012